# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAILESH SUBEDI,<br><br>        Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>        Respondents. | Case No. 26-cv-00569-BAS-VET<br><br>**ORDER:**<br><br>**(1) REQUIRING THE GOVERNMENT TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1); AND**<br><br>**(2) SETTING HEARING ON PETITION** |

Petitioner Sailesh Subedi filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) In his Petition, Petitioner claims that he is being detained by Immigration and Customs Enforcement ("ICE") in violation of the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.*)

Having reviewed the Petition, the Court finds summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory,

palpably incredible, or patently frivolous or false."). Therefore, the Court will order the Government to respond to the Petition and set a hearing.

Accordingly, the Court **ORDERS** as follows:

1. The Government must file a response to the Petition no later than **February 6, 2026**. The Government's response must address the allegations in the Petition and must include any documents relevant to the determination of the issues raised in the Petition.

2. Petitioner may file a reply in support of his Petition no later than **February 10, 2026**.

3. The parties must appear in Courtroom 12B on **February 13, 2026**, at **11:30 a.m.** for a hearing on the Petition.

4. The Court confirms appointment of Federal Defenders of San Diego, Inc., as counsel for Petitioner under Chief Judge Order No. 134 (S.D. Cal. Nov. 18, 2025).

5. The Clerk of Court shall provide the Civil Division of the U.S. Attorney's Office with a copy of the Petition (ECF No. 1) and this Order.

**IT IS SO ORDERED.**

DATED: January 30, 2026

*[signature]*

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**