UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAILESH SUBEDI,<br><br>                     Petitioner,<br><br>   v.<br><br>KRISTI NOEM, *et al.*,<br><br>                    Respondents. | Case No. 26-cv-00569-BAS-VET<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

     Petitioner Sailesh Subedi filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, alleging that he is unlawfully detained by Immigration and Customs Enforcement ("ICE"). (ECF No. 1.) The Government responded, and Petitioner filed a Traverse. (ECF Nos. 4, 5.) The Court then held a hearing on the Petition.

     For the reasons expressed at the hearing, the Court **GRANTS** the Petition. The Court issues the following writ and injunctive relief:

     The Court **ORDERS** that Sailesh Subedi (A#249-140-539) be released from immigration custody forthwith.

     The Court further enjoins ICE from re-detaining Petitioner Sailesh Subedi unless and until Respondents obtain a travel document for his removal. If Respondents intend to remove Petitioner to a third country, Respondents are ordered to provide written notice of the third country to Petitioner and

Petitioner's counsel. Respondents are ordered to give Petitioner and his counsel said notice at least ten days before removal to give them a meaningful opportunity to raise opposition to the third country.

The Clerk of the Court is to close the case.

**IT IS SO ORDERED.**

**DATED: February 13, 2026**

**Hon. Cynthia Bashant, Chief Judge
United States District Court**